### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 23-** |
| v. | : | DATE FILED: May 11, 2023 |
| **ITEZ TINSLEY** | : | **VIOLATIONS:**<br>18 U.S.C. § 2119 (carjacking – 1 count) |
| | : | 18 U.S.C. § 924(c)(1)(A)(ii) (using, carrying, and brandishing a firearm during and in |
| | : | relation to a crime of violence – 1 count)<br>18 U.S.C. § 2 (aiding and abetting) |
| | : | Notice of Forfeiture |

### INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about January 18, 2023, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**ITEZ TINSLEY,**

and others unknown to the grand jury, with intent to cause death and serious bodily harm, took, and aided and abetted the taking of, from the person and presence of A.T., a person known to the grand jury, by force and violence, and by intimidation, a motor vehicle, that is, a 2007 Honda Accord, VIN 1HGCM66507A094295, license plate PA LRA7650, that had been transported, shipped, and received in interstate commerce.

In violation of Title 18, United States Code, Sections 2119 and 2.

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about January 18, 2023, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**ITEZ TINSLEY**

knowingly used and carried, and aided and abetted the use and carrying of, a firearm, that is, a semi-automatic pistol, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, carjacking, and aiding and abetting, in violation of Title 18, United States Code, Sections 2119 and 2, as charged in Count One of this indictment, and that firearm was brandished.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

## NOTICE OF FORFEITURE

**THE GRAND JURY FURTHER CHARGES THAT:**

    1.    As a result of the violations of Title 18, United States Code, Sections 2119 and 924(c)(1)(A), set forth in this indictment, defendant

**ITEZ TINSELY**

shall forfeit to the United States of America:

    (a)    all firearms and ammunition involved in the commission of the violations of Title 18, United States Code, Sections 2119 and 924(c)(1)(A); and

    (b)    all property, real or personal, which represents or is traceable to the gross proceeds obtained, directly or indirectly, as a result of the violation of Title 18, United States Code, Section 2119.

    2.    If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with, a third party;

    (c)    has been placed beyond the jurisdiction of the Court;

    (d)    has been substantially diminished in value; or

    (e)    has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 982(b), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property subject to forfeiture.

All pursuant to Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Sections 924(d) and 982(a)(5).

**A TRUE BILL:**

**JACQUELINE C. ROMERO**
**United States Attorney**

No. _____

# UNITED STATES DISTRICT COURT

*Eastern District of Pennsylvania*

*Criminal Division*

THE UNITED STATES OF AMERICA

vs.

ITEZ TINSLEY

INDICTMENT

Counts

18 U.S.C. § 2119
(carjacking – 1 count)
18 U.S.C. § 924(c)(1)(A)
(using, carrying, and brandishing a firearm during and in relation to a crime of violence – 1 count)
18 U.S.C. § 2
(aiding and abetting)
Notice of forfeiture

███████████████████████████
*Foreman*

Filed in open court this __11th__ day,
of __May__ A.D. 20 __23__

_____
Clerk

Bail, $_____